# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## Case No. 2015-1408

---

PENTAIR WATER POOL AND SPA, INC. and
DANFOSS LOW POWER DRIVES
*Appellants*

v.

HAYWARD INDUSTRIES, INC.
*Appellee*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00285

---

## APPELLANTS' CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 17(f)

---

Mark Boland
Raja N. Saliba
John B. Scherling
Renita S. Rathinam
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 293-7060
Fax: (202) 293-7860

*Attorneys for Appellants*
*Pentair Water Pool and Spa, Inc. and*
*Danfoss Low Power Drives*

Pursuant to Federal Circuit Rule 17(f), Counsel for Appellants Pentair Water Pool and Spa, Inc. and Danfoss Low Power Drives hereby certify that Appellants have complied with Federal Circuit Rule 17(f). Appellants have reviewed the record before the Patent Trial and Appeal Board ("PTAB") in IPR2013-00285 to determine whether any portion of the record needs to remain protected on appeal. Counsel for Appellee, Hayward Industries, Inc. and Appellant have conferred and are in agreement that certain portions of the IPR2013-00285 record designated as protected need to remain protected on appeal.

Certain materials from underlying district court proceedings *Pentair Water Pool and Spa, Inc., et al. v. Hayward Industries, Inc., et al.*, Case No. 5:11-cv-00459-D (EDNC) and *Pentair Water Pool and Spa, Inc. v. Hayward Industries, Inc. et al.* Case No. 2-11-cv-10280-GW-MRW (CDCA) which provide foundation and pertinent factual background underlying the present appeal are subject to protective orders governing these underlying proceedings. To the extent such materials are included in the Joint Appendix and covered by the district court protective orders, these materials will remain protected on appeal.

Dated: April 17, 2015                                   Respectfully submitted,

 

                                                                           */s/ Mark Boland*
                                                                           Mark Boland
                                                                           Raja N. Saliba

        John B. Scherling
        Renita S. Rathinam
        SUGHRUE MION, PLLC
        2100 Pennsylvania Avenue NW
        Washington, DC 20037
        Tel: (202) 293-7060
        Fax: (202) 293-7860

        *Attorneys for Appellants*
        *Pentair Water Pool and Spa, Inc. and*
        *Danfoss Low Power Drives*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2015, a true and correct copy of the foregoing **APPELLANTS' CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 17(f)** was served through the Court's CM/ECF system on counsel of record who is a registered user of the ECF system in this matter.

*/s/ Mark Boland*
Mark Boland
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 293-7060
Fax: (202) 293-7860

*Attorney for Appellants*
*Pentair Water Pool and Spa, Inc. and*
*Danfoss Low Power Drives*